**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Morgan N. Gross, SBN 356387
2180 Harvard Street, Suite 500
Sacramento, California 95815
lgoulding@porterscott.com
mngross@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORREY SELCK | CASE NO. 2:25-cv-1761-TLN-JDP |
| Plaintiff, | [PROPOSED] ORDER ON DEFENDANT COUNTY OF SACRAMENTO'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |
| v. | |
| COUNTY OF SACRAMENTO, JUDGE DAVID ABBOTT, | |
| Defendants. | |
| _____/ | Complaint Filed: 06/24/2025 |

Defendant COUNTY OF SACRAMENTO ("Defendant") filed an Ex Parte Application for an Extension of Time for Defendant to File Responsive a Pleading to Plaintiff's Complaint. Having reviewed the matter and considered the arguments of the parties, the Court rules as follows:

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that:

1. The Ex Parte Application for Extension of Time is GRANTED.

2. Defendant's Responsive Pleading to Plaintiff's Complaint is due on August 26, 2025.

1

**[PROPOSED] ORDER ON DEFENDANT COUNTY OF SACRAMENTO'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

1
2  IT IS SO ORDERED.
3
4  Dated:   July 31, 2025                              _____
5                                                      JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE
6
7
...
28

2
[PROPOSED] ORDER ON DEFENDANT COUNTY OF SACRAMENTO'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

| CASE NAME: | *SELCK v. COUNTY OF SACRAMENTO, et al.* |
|---|---|
| COURT: | U.S.D.C. EASTERN DISTRICT OF CALIFORNIA |
| CASE NO.: | 2:25-cv-01761-TLN-JDP |

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 2180 Harvard Street, Suite 500, Sacramento CA 95815.

On the date below, I served the following document:

**[PROPOSED] ORDER ON DEFENDANT COUNTY OF SACRAMENTO'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

| | |
|---|---|
| XX | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| | **BY FAX TRANSMISSION:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached |
| | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

Addressed as follows:
Morrey Selck
4391 Stockton Blvd.
Sacramento, CA 95820

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on July 31, 2025.

_____
Cindy A. Grandinetti

[PROPOSED] ORDER ON DEFENDANT COUNTY OF SACRAMENTO'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT