1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MORREY SELCK,                          Case No.  2:25-cv-1761-JDP (PS)

12              Plaintiff,

13        v.                                ORDER TO SHOW CAUSE

14   COUNTY OF SACRAMENTO, *et al.*,

15              Defendants,

16

17        On September 3, 2025, defendants filed a motion to dismiss plaintiff's first amended

18   complaint for lack of jurisdiction and failure to state a claim.  ECF No. 13.  To date, plaintiff has

19   not responded to defendants' motion.

20        Under the court's local rules, a responding party is required to file an opposition or

21   statement of non-opposition to a motion no later than fourteen days after the date it was filed.

22   E.D. Cal. L.R. 230(c).  To manage its docket effectively, the court requires litigants to meet

23   certain deadlines.  The court may impose sanctions, including dismissing a case, for failure to

24   comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon*

25   *Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d

26   1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a

27   duty to administer justice expeditiously and avoid needless burden for the parties.  *See*

28   *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

                                            1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendant's motion. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.

Accordingly, it is hereby ORDERED that:

1. The October 16, 2025 hearing on defendants' motion is continued to November 20, 2025, at 10:00 a.m.

2. By no later than October 30, 2025, plaintiff shall file an opposition or statement of non-opposition to defendants' motion.

3. Plaintiff shall show cause, by no later than October 30, 2025, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendants' motion.

4. Defendants may file a reply to plaintiff's opposition, if any, no later than November 13, 2025.

IT IS SO ORDERED.

Dated:   October 10, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2