UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORREY SELCK,

          Plaintiff,

    v.

COUNTY OF SACRAMENTO,

          Defendant.

Case No.  2:25-cv-1761-JDP (PS)

ORDER

Several filings occurred in rapid succession in this case: plaintiff filed a first amended complaint on August 25, 2025, ECF No. 10, defendant filed a motion to dismiss the first amended complaint on September 2, 2025, ECF No. 11, plaintiff filed a second amended complaint also on September 2, 2025, ECF No. 14, and defendant filed a motion to dismiss plaintiff's first amended complaint on September 3, 2025, ECF No. 13.[1]  After plaintiff failed to respond to defendant's latest motion to dismiss, on October 10, 2025, the court ordered plaintiff to file show cause for his failure to respond to the motion.  ECF No. 17.  In response, on October 28, 2025, plaintiff filed a third amended complaint, ECF No. 18.

Under Federal Rule of Civil Procedure 15(a), a party may amend its pleading once as a matter of course within twenty-one days of serving it.  Fed. R. Civ. P. 15(a)(1).  Further

---

[1] It appears that defendant filed the second motion to dismiss because it improperly noticed the hearing before Chief Judge Nunley and re-noticed it before the undersigned thereafter.

1

amendment of the pleadings is allowed with the opposing party's consent or leave of the court. *Id.* 15(a)(2). The factors considered when determining whether to grant leave to amend include "(1) bad faith on the part of the movant; (2) undue delay; (3) prejudice to the opposing party; and (4) futility of the proposed amendment." *Ciampi v. City of Palo Alto*, No. 09-CV-02655-LHK, 2010 WL 5174013, at *2 (N.D. Cal. Dec. 15, 2010) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

Plaintiff served his initial complaint on July 8, 2025. ECF No. 8. Accordingly, plaintiff was permitted to amend his complaint as a matter of course by July 29, 2025. Plaintiff, however, filed his first amended complaint on August 25, 2025, well after the twenty-one days permitted by Rule 15(a). Plaintiff then filed his second amended complaint on September 2, 2025, and his third on October 28, 2025—without consent from defendant or leave of court.

In an effort to ameliorate the docket for the benefit of the parties and the court, the court will strike plaintiff's second and third amended complaints and provide plaintiff with twenty-one days to file either a motion to amend or an opposition or statement of non-opposition to defendant's motion to dismiss his first amended complaint, ECF No. 13.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's second and third amended complaints, ECF Nos. 14 & 18, are STRICKEN.

2. Within twenty-one days, plaintiff shall file either a motion seeking leave to amend his complaint or an opposition or statement of non-opposition to defendant's motion to dismiss his first amended complaint.

3. Should plaintiff fail to comply with this order, the court will consider defendant's motion submitted.

IT IS SO ORDERED.

Dated:    May 5, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2